UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DERMONT L. BROUSSARD, :
:
        Petitioner :
    vs. : CIVIL NO. 1:CV-15-1569
:
WARDEN DAVID J. EBBERT, : (Judge Caldwell)
:
        Respondent :

*M E M O R A N D U M*

On August 4, 2015, the pro se petitioner, Dermont L. Broussard, an inmate at the United States Penitentiary in Lewisburg, Pennsylvania, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 25, 2015, the court denied Broussard's request to proceed without prepayment of the $5.00 filing fee as he had sufficient funds in his inmate account to pay the fee. *See* Doc. 4. Broussard was directed to pay the filing fee within twenty-one days of our order or his action would be dismissed without prejudice. (*Id.*)

The deadline has passed and Petitioner has neither submitted the filing fee nor requested an extension of time in which to do so. Consequently, Broussard's Petition for Writ of Habeas Corpus will be dismissed without prejudice. Petitioner also has pending a motion to remove him from the Respondent's jurisdiction and a motion

for appointment of counsel.  Those motions will be denied as moot.

We will issue an appropriate order.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Date: September 22, 2015